Chapter 13 Plan Summary

Debtor(s): Kisha N. Walker  SS#: 2727  Net Monthly Earnings: 1945.00  Case No.: _____

SS#: _____  Number of Dependents: _____

Full Address: 3095 Oden Mills Road, Syl., AL 35151

I. Plan Payments:
(X) Debtor(s) propose to pay direct a total of $471.00  ☐ weekly ☐ biweekly ☐ semi-monthly ☒ monthly into the plan; or

( ___ ) Payroll deduction Order: To _____ for
$ _____  ☐ weekly ☐ biweekly ☐ semi-monthly ☐ monthly.

Length of plan is approximately 60 months, and the total debt to be paid through the plan is approximately $ _____.

II. From the payments received, the trustee shall make disbursements as follows:

A. PRIORITY payments described in 11 U.S.C. §507 in full deferred cash payments;

B. Total ATTORNEY FEE: $1500, to be paid $1000 upon confirmation and $500 per month for 1 months; and

C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:

1. Long Term Debts:

| Name of Creditor | Total Amount of Debt | Amount of regular payment to be paid ☐ by Trustee ☐ by Debtor | Regular Payments to begin: Month/Year | Arrears to be paid by Trustee | Months included in arrearage amount | Proposed Interest Rate on Arrearage | Proposed Fixed Payment on Arrearage |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

2. Secured Debts (not long term debts) to be paid through Trustee:

| Name of Creditor | Total Amount of Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed fixed Payments |
|---|---|---|---|---|---|---|
| Gene Martin Auto Sales | $9000.00 | $9,000.00 | | 2000 F-Mustang | 29% | 285.68 |
| | | | | | | |
| | | | | | | |

III. Other debts not shown in 1. or 2. above which Debtor(s) propose to pay direct:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | Description of Collateral | Reason for Direct Payment |
|---|---|---|---|---|
| | | | | |
| | | | | |

IV. Special Provisions:
☒ This is an original plan.
☐ This is an amended plan replacing plan dated _____
☒ This plan proposes to pay unsecured creditors 100 %.
☐ Other provisions: _____

Attorney for Debtor Name/Address/ Telephone #  Dated: 5/27/95

Raymon Powell
69 Turtle Creek Dr
Birmingham, AL 35226
phone #: 821-6180

X Kisha Walker
Signature of Debtor

_____
Signature of Debtor