UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN RE: )
)
    KISHA N. WALKER, ) CASE NUMBER: 05-05243-BGC-13
)
Debtor. )

## TRUSTEE'S OBJECTION TO CONFIRMATION AND MOTION TO DISMISS

COMES NOW D. Sims Crawford, Chapter l3 Standing Trustee, and objects to confirmation of the Debtor's plan and moves to dismiss this case on the following grounds:

1. Pursuant to §1325(a)(3), the Debtor's plan is not proposed in good faith.

2. The Debtor has had serial filings, with this case being the 5th Chapter 13 filing since 2002.

3. Pursuant to §109(g)(1), the Trustee requests that the Court bar Debtor for 180 days from obtaining relief under Chapter 13 of the Bankruptcy Code.

WHEREFORE, the Trustee objects to the confirmation of the Debtor's plan and moves to dismiss this case. The Trustee prays for such other relief as the Court deems appropriate.

                                                D. Sims Crawford,
                                                Chapter 13 Standing Trustee

                                                /s/ Charles E. King   .
                                                Charles E. King,
                                                Assistant Trustee
                                                Post Office Box 10848
                                                Birmingham, AL 35202
                                                (205) 323-4631

cs

CERTIFICATE OF SERVICE

I hereby certify that a correct copy of the foregoing Objection has been forwarded by e-mail or by U.S. Mail to the following on this the 7th of July, 2005.

Waymon Powell, III, Esq.
powelllaw@charter.net

Kisha N. Walker
3095 Oden Mills Road
Sylacauga, Alabama 35151

/s/ Charles E. King    .
ASSISTANT TRUSTEE

cs