05-05243-BGC13
1

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - SOUTHERN DIVISION

**In the Matter of:**

| | | |
|---|---|---|
| Kisha N. Walker | } | **Case No: 05-05243-BGC13** |
| SSN: XXX-XX-2727 | } | |
|   DEBTOR(S). | } | |
| | } | |
| | } | |

**ORDER**

This matter came before the Court on Tuesday, January 10, 2006 10:30 AM, for a hearing on the following:

    RE: Doc 32; Motion for Relief from Stay filed by Stuart Albea, attorney for Vanderbilt Mortgage & Finance, Inc.

Proper notice of the hearing was given and appearances were made by the following:

    Stuart Albea, attorney for Vanderbilt Mortgage & Finance, Inc.
    D. Sims Crawford (Trustee)
    Wayman  Powell III, attorney for Kisha N. Walker  (Debtor)

**It is therefore ORDERED ADJUDGED and DECREED that:**

    Based on the representations of counsel for the parties, the Motion for Relief from Stay filed by Vanderbilt Mortgage & Finance, Inc. is GRANTED BY CONSENT.

Dated: 01/18/2006                                        /s/ BENJAMIN COHEN
                                                                   BENJAMIN COHEN
                                                                   United States Bankruptcy Judge

Courtroom Deputy: Bonnie Filasek
Date Prepared:01/18/2006