IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN RE                              )
KISHA N. Walker,                   )         CASE NO.: 05-05243-BGC 13
    Debtor.                        )

## OBJECTION TO CLAIM

**COME NOW** Kisha N. Walker and by and through her attorney of record, Waymon Powell and files this objection to claim # 17, Vanderbilt Mortgage because Debtor denies this claim.

**WHEREFORE PREMISES CONSIDERED**, Debtor pray that this Honorable Court will remove claim number 17 from the Debtor's chapter 13 plan.

    Respectfully submitted,

/s/ Waymon Powell        /s/ Kisha N. Walker
469 Turtle Creek Drive
Birmingham, AL 35226
(205) 821-6180